UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :

MICHAEL ZARRILLI,                   :

                          :    Civil Action No. 7:23-cv-00053-CS

                  Plaintiff,     :

                          :    **STIPULATION OF VOLUNTARY**

       v.                    :    **DISMISSAL WITH PREJUDICE**

                          :

MERCY COLLEGE,               :

                          :

                  Defendant.    :

                          :
------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Michael Zarrilli and Defendant Mercy College, through their undersigned counsel, that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

FILOSA GRAFF LLP                  VENABLE LLP

_____       _____
By:  Gregory N. Filosa           By:  Brian J. Clark
111 John Street, Suite 2510           Sandy Schlesinger
New York, NY 10038             151 West 42nd Street, 49th Floor
(212) 256-1780                 New York, NY 10036
*Attorneys for Plaintiff*           (212) 307-5500
                              *Attorneys for Defendant*

Dated:  June 2, 2023             Dated:  June 5, 2023

SO ORDERED:

_____
HONORABLE CATHY SEIBEL
United States District Judge